UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES PHILIP DOUGLAS, <br><br> Plaintiff, <br><br> v. <br><br> PAT McCARTHY., *et al*., <br><br> Defendants | No. 09-5631RJB/JRC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion to Proceed *in forma pauperis* is DENIED. Plaintiff will have thirty days from today to pay the full filing fee. If the fee is not paid this action should be DISMISSED. All pending motions are DENIED.

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 1st day of December, 2009.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1