# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES PHILIP DOUGLAS

        v.

PAT McCARTHY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5631RJB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's complaint in this matter is **DISMISSED** for failure to pay the filing fee; and

Plaintiff's Motion to Assign Counsel or Dismiss Petition (Dkt. 6) is **STRICKEN AS MOOT.**

| | |
|---|---|
|   January 8, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |